UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                            Case No:  6:19-cv-373-Orl-37TBS

NNP, LLC; and RIZ GOURMET
FOODS, LLC,

    Defendants,

## ORDER DISMISSING PARTY

The Plaintiff filed Stipulation of Voluntary Dismissal with Prejudice as to Defendant Riz Gourmet Foods, LLC (Doc. 17) "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk is **DIRECTED** to terminate Defendant Riz Gourmet Foods, LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 23, 2019.



ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of Record