UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                                 Case No:   6:19-cv-373-Orl-37TBS

NNP, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 19) filed May 16, 2019.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice.  The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record